**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruel BROWN, a.k.a. King David, a.k.a.**
**KD, Defendant–Appellant.**

**No. 13–11891**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 2, 2014.

Peggy Morris Ronca, Daniel C. Irick, Orlando, FL, I. Randall Gold, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Angela B. Wright, Law Offices of Angela B. Wright, PA, Tampa, FL, for Defendant–Appellant.

Before PRYOR, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Angela Wright, appointed counsel for Ruel Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's convictions and sentences are **AFFIRMED.**